UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CIERA GELLANI**,

      Plaintiff,

-vs-

**MICHAEL J. BOUCHARD**, Oakland County Sheriff, in his official capacity only, **EMILY ZWENG,** and **MEGAN FRANCIS (F/K/A MEGAN KERN),** Jointly and severally,

      Defendants.

CASE NO: 24-cv-10353

HON: Mark A. Goldsmith
MAG: Anthony P. Patti

| **CAIR-MI LEGAL FUND** | **Oakland County Corporation Counsel** |
|---|---|
| BY: Amy V. Doukoure (P80461) | Nicole B. Tabin (P73685) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| 1905 S. Haggerty Road, Suite 5 | 1200 N. Telegraph Road, Dept. 419 |
| Canton, MI 48188 | Pontiac, MI 48341-0419 |
| (248) 559-2247 | (248) 858-1475 |
| adoukoure@cair.com | tabinn@oakgov.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court by counsel for the parties; the parties wishing to conclusively resolve their disputes in this case, and Plaintiff wishing to dismiss his lawsuit; and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's case against ALL DEFENDANTS, is DISMISSED WITH PREJUDICE and WITHOUT COSTS or ATTORNEYS FEES to any party;

**IT IS SO ORDERED.**

Dated: December 1, 2025  s/Mark A. Goldsmith
Detroit, Michigan  MARK A. GOLDSMITH
 United States District Judge

We Stipulate and Agree to Entry of the Above Order:

| **Attorney for Plaintiff:** | **Attorney for Defendants:** |
|---|---|
| CAIR-MI Legal Fund | Oakland County Corporation Counsel |
| /s/ Amu V. Doukoure | /s/ Nicole B. Tabin (w/ Permission |
| Amy V. Doukoure (P80461) | Nicole B. Tabin (P73685) |
| *Attorney for Plaintiff* | Litigator |
| 1905 S. Haggerty Road, Suite 5 | *Attorney for Defendants* |
| Canton, MI 48188 | 1200 N. Telegraph Road, Dept. 419 |
| (248) 559-2247 | Pontiac, MI 48341-0419 |
| adoukoure@cair.com | (248) 858-1475 |
|  | tabinn@oakgov.com |

2